UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS JIMENEZ BELLIARD, JOSE JIMENEZ
BELLIARD, and ENMANUEL CASTILLO BAEZ, on
behalf of themselves and all others similarly
situated,

                Plaintiff,

Case No. 21 Civ. 01056 (AEK)

      -against-

WESTCHESTER METAL WORKS INC.,
WESTCHESTER METAL WORKS II INC.,
OLIVEIRA FARMS INC., SUSANA OLIVEIRA, and
DAVID OLIVEIRA,

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

                Defendants.
-------------------------------------------------------------------X

To:  Saul Zabell, Esq.
      Zabell & Associates, LLP
      2 Corporate Drive
      Bohemia, NY 11716
      631-589-7242
      Email: szabell@laborlawsny.com
      *Attorneys for Defendants*

Thomas Stylianos Tripodianos, Esq.
Welby, Brady & Greenblatt, LLP
11 Martine Avenue
White Plains, NY 10606
914 428-2100 x 323
Email: TTripodianos@wbgllp.com
*Attorneys for Defendants*

      **PLEASE TAKE NOTICE,** that Plaintiffs Luis Jimenez Belliard, Jose Jimenez Belliard, Enmanuel Castillo Baez, and Opt-in Plaintiffs Jose Luis Ochoa Hernandez and Richard Robinson, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accept the attached Offer of Judgment of Defendants Westchester Metal Works Inc., Westchester Metal Works II Inc., Oliveira Farms Inc., Susana Oliveira, and David Oliveira.

Dated:  New York, New York
          March 28, 2023

                                      PECHMAN LAW GROUP PLLC

                                      By: _____
                                      Vivianna Morales, Esq.
                                      488 Madison Avenue, 17th Floor
                                      New York, New York 10022
                                      Telephone: (212) 583-9500
                                      morales@pechmanlaw.com
                                      *Attorneys for Plaintiffs*