UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LUIS JIMENEZ BELLIARD, JOSE JIMENEZ BELLIARD, and ENMANUEL CASTILLO BAEZ, on behalf of themselves and all others similarly situated,

                Plaintiff,

-against-

WESTCHESTER METAL WORKS INC., WESTCHESTER METAL WORKS II INC., OLIVEIRA FARMS INC., SUSANA OLIVEIRA, and DAVID OLIVEIRA,

                Defendants.

-----------------------------------------------------------------------X

**Case No. 21 Civ. 01056 (AEK)**

**(PROPOSED) JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs on March 28, 2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Luis Jimenez Belliard, Jose Jimenez Belliard, Enmanuel Castillo Baez, and Opt-in Plaintiffs Jose Luis Ochoa Hernandez and Richard Robinson and against Defendants Westchester Metal Works Inc., Westchester Metal Works II Inc., Oliveira Farms Inc., Susana Oliveira, and David Oliveira, jointly and severally, in the amount of $300,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: _____, New York
        _____, 2023

                                              So Ordered:

                                              _____

                                              Magistrate Judge Andrew E. Krause